IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                         CASE NO. 1:04-cr-00018-MP-AK

CAROL ELIZABETH SCHULTZ,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 71, Motion to Continue Sentencing Set for 11/18/05, filed by Carol Elizabeth Schultz.  A teleconference was held on Thursday, November 17, 2005.  As stated during the teleconference, the sentencing is reset for December 7, 2005, at 10:00 a.m.

**DONE AND ORDERED** this _7th_ day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge